THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DOMINICK POR-CELLO, Appellant.— Judgment unanimously reversed, the information dismissed and the fine remitted upon the ground that the guilt of the defendant was not established beyond a reasonable doubt. Present — Dore, J. P., Cohn, Callahan, Bastow and Botein, JJ.

In the Matter of HENRY HOULIHAN, Petitioner, against LAZARUS JOSEPH, as Comptroller of the City of New York, Respondent.— Determination unanimously confirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Dore, J. P., Cohn, Callahan, Bastow and Botein, JJ.

MICHAEL ANDREWS, Respondent, v. OCEANWAYS STEAMSHIP CORPORATION et al., Appellants.— Orders unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Dore, J. P., Cohn, Callahan, Bastow and Botein, JJ.

MICHAEL ANDREWS, Respondent, v. OCEANWAYS STEAMSHIP CORPORATION et al., Defendants, and NICHOLAS GOULANDRIS et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Bastow and Botein, JJ.

EDWARD GOLDSTEIN, Respondent, v. RAE S. GOLDSTEIN, Appellant, et al., Defendants. RAE S. GOLDSTEIN, Appellant, v. EDWARD GOLDSTEIN, Respondent. — Orders unanimously affirmed. No opinion. Present — Dore, J. P., Cohn, Callahan, Bastow and Botein, JJ.

In the Matter of the Estate of ABRAHAM A. SAHADI, Deceased. GEORGE A. SAHADI, as an Executor of ABRAHAM A. SAHADI, Deceased, Respondent; ZAKIA SAHADI, Appellant.— Decree unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Callahan, Bastow and Botein, JJ.

LE ROY SHIRT Co., INC., Respondent, v. VICTORY SHIPPING Co., INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Callahan, Bastow and Botein, JJ.

MINNIE SCHWARTZ, as Administratrix of the Estate of SAM SCHWARTZ, Deceased, Respondent, v. JOHN GENERI et al., Appellants, et al., Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Callahan, Bastow and Botein, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EVERETT RHEIM, Appellant.— Order unanimously affirmed. No opinion. Present — Dore, J. P., Cohn, Callahan, Bastow and Botein, JJ.